UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PARKROAD CORPORATION,

          Plaintiff,   :    ECF CASE

- against -   :

SHANDONG DELU COMMERCE CO., LTD.,   :

          Defendant.   :
------------------------------------------------------------X




JUDGE SCHEINDLIN

07 CV 5613

RECEIVED JUN 12 2007 U.S.D.C. S.D.N.Y. CASHIERS

## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are following are corporate parents and/or any publicly held corporation that owns 10% or more of its stock: NONE.

Dated: June 12, 2007
      Southport, CT

                                    The Plaintiff,
                                    PARKROAD CORPORATION

                                    By: _____
                                    Charles E. Murphy (CM 2125)
                                    Kevin J. Lennon (KL 5072)

                                    LENNON, MURPHY & LENNON, LLC
                                    The Gray Bar Building
                                    420 Lexington Ave., Suite 300
                                    New York, NY 10170
                                    Phone (212) 490-6050
                                    Fax (212) 490-6070
                                    cem@lenmur.com
                                    kjl@lenmur.com