# LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
*phone* (212) 490-6050
*fax* (212) 490-6070

Patrick F. Lennon - pfl@lenmur.com
Charles E. Murphy - cem@lenmur.com
Kevin J. Lennon - kjl@lenmur.com
Nancy R. Peterson - nrp@lenmur.com

Tide Mill Landing
2425 Post Road
Southport, CT 06890
*phone* (203) 256-8600
*fax* (203) 256-8615

July 25, 2007

*Via Facsimile (212) 805-7920*
Hon. Shira A. Scheindlin
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007-1581

Re:   Parkroad Corp. v. Shandong Delu Commerce Co., Ltd.
      Docket #: 07 Civ. 5613 (SAS)
      Our Ref: 07-1134

Dear Judge Scheindlin:

We write to provide the Court with the status of the above-captioned case and to request an adjournment of the pre-trial conference scheduled for this Friday, July 27, 2007 at 11:00 a.m.

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On June 12, 2007 an Ex Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York. The Defendant has not appeared and, despite daily service of the Writ of Attachment on the garnishee banks, none of Defendant's property has been restrained.

As Defendant has not appeared and no funds have been attached, we respectfully request a ninety (90) day adjournment of the pre-trial conference during which time we will continue to serve the Writ of Attachment seeking secure Plaintiff's claim and to obtain jurisdiction over the Defendant.

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. This is Plaintiff's first request for an adjournment. We thank your Honor for consideration of this request which was also served in hand earlier today to the Marshal for delivery to your Honor's chambers.

Respectfully submitted,

Kevin J. Lennon (KL 5072)

KJL/bhs

*[Handwritten annotation: Request Granted. Conference adjourned to September 28 at 4:30. So Ordered. 7/25/07]*