UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PARKROAD CORPORATION,                        :       07 CV 5613 (SAS)

      Plaintiff,                    :       ECF CASE

 - against -                                          :

SHANDONG DELU COMMERCE CO., LTD.,            :

      Defendant.                    :
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/07

## ORDER

The initial pre-trial conference scheduled for September 18, 2007 at 4:30 p.m. is hereby re-scheduled to November 14, 2007 at 4:30 pm.

Dated: New York, NY
   September 17, 2007

_____
U.S.D.J.