UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PARKROAD CORPORATION,                        :      07 CV 5613 (SAS)

                  Plaintiff,                              :      ECF CASE

- against -                                                   :

SHANDONG DELU COMMERCE CO., LTD.,            :

                  Defendant.                              :
-----------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, there having been no appearance from Defendant, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a).

The attachment is hereby vacated.

Dated: November 14, 2007
New York, NY

                                        The Plaintiff,
                                        PARKROAD CORPORATION

                                        By: _____
                                        Kevin J. Lennon
                                        Lennon, Murphy & Lennon, LLC
                                        The GrayBar Building
                                        420 Lexington Ave., Suite 300
                                        New York, NY 10170
                                        (212) 490-6050 – phone
                                        (212) 490-6070 – facsimile

*So Ordered:*
*[signature]*
*USDJ*
*11/14/07*